|  | **UNITED STATES DISTRICT COURT** | ☐ **P.O. BOX 945**<br>**BURLINGTON 05402-0945**<br>**(802) 951-6301** |
|---|---|---|
|  | **OFFICE OF THE CLERK** |  |
|  | DISTRICT OF VERMONT | ☒ **P.O. BOX 607**<br>**RUTLAND 05702-0607**<br>**(802) 773-0245** |
|  | Federal Building |  |
| **JEFFREY S. EATON**<br>CLERK | **BURLINGTON, VERMONT 05402-0945** |  |

March 11, 2021

Michael J. Gannon, Esq.  
Affolter Gannon  
15 Brickyard Road, Suite 2  
Essex Junction, VT  05452

Benjamin Weathers-Lowin, AUSA  
U.S. Attorney's Office  
P.O. Box 570  
Burlington, VT  05402

Re:   *Kalanges v. United States of America*  
Case No. 5:21-cv-7

Dear Counsel,

The stipulated discovery schedule required by Local Rule 26(a)(1) and (2) has not been filed in the above cited action. Please be advised that pursuant to Local Rule 26(a)(2), if the discovery schedule is not filed within the proper deadline, the case will be set for a scheduling conference.

Sincerely,

*Pamela J. Lane*  
Courtroom Deputy