UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| WENDY L. KALANGES, ) | |
| ) | |
| *Plaintiff*, ) | Case No. 5:21-cv-00007-gwc |
| ) | |
| v. ) | |
| ) | |
| GOPICHAND VALLABHANENI ) | |
| and COMMUNITY HEALTH CENTERS ) | |
| OF BURLINGTON, ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Wendy L. Kalanges, by and through her undersigned counsel, hereby dismisses the above-captioned action **without prejudice**.

Dated at Essex Junction, in the District of Vermont, this 26th day of March, 2021.

                                                Respectfully submitted,

                                                AFFOLTER GANNON

By: _/s/ Michael J. Gannon_
                                                Michael J. Gannon
                                                15 Brickyard Road
                                                Essex Junction, VT 05452
                                                (802) 878-2797 ext. 224
                                                gannonm@vermontlawyers.net

                                                *Attorneys for Plaintiff*